IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORDAN MOUNT,

        Plaintiff,

v.                                           No. CV 21-672 JCH/CG

CITY OF CLOVIS, et al.,

        Defendants.

### ORDER GRANTING MOTION TO WITHDRAWL AS COUNSEL

**THIS MATTER** is before the Court on Defendants' *Motion to Withdraw* (the "Motion"), (Doc. 20), filed December 28, 2021. In the Motion, Defendants' counsel, Gregory L. Biehler, explains that he has resigned from the law firm of Lewis Brisbois, Bisgaard & Smith LLP, but that the law firm, by Vanessa Garcia, will continue to represent Defendants. The Court, having reviewed the Motion and noting that it complies with D.N.M. LR-Civ. 83.4(b), which permits a "member of a firm [to] file a withdrawal of appearance from a particular case without meeting the requirements of D.N.M. LR-Civ. 83.8, provided that at least one member remains in the case[,]" finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Gregory L. Biehler is hereby withdrawn as counsel for Defendants. The law firm of Lewis Brisbois, Bisgaard & Smith LLP (Vanessa Garcia) will continue to represent Defendants in this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE