IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORDAN MOUNT,

    Plaintiff,

v.                                           No. CV 21-672 JCH/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER VACATING STATUS CONFERENCE AND TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Stipulated Motion to Vacate Telephonic Status Conference Scheduled for Wednesday, April 20, 2022 at 10:00 a.m. Due to Settlement* (the "Motion"), (Doc. 26), filed April 19, 2022. In the Motion, the parties explain that they have reached a settlement. (Doc. 26 at 1). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the telephonic Status Conference set for April 20, 2022, at 10:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **May 19, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE